JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 694 -- In re Merrill Lynch Cotton Futures Trading Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/06/13 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- (A-1 thru A-3) filed by Pltf. Smoky, Greenhaw Cotton Co. et al. -- SUGGESTED TRANSFEREE DISTRICT: NORTHERN DISTRICT OF TEXAS; SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (rh) |
| 86/06/20 | | HEARING ORDER -- Setting motion of defendant Smoky Geenhaw Cotton Company, et al. for transfer A-1thru A-3. Notified involved counsel, clerks and judges. (tmq) 7/24/86, Buffalo, New York. |
| 86/06/25 | | APPEARANCE: MICHAEL J. STEWART, ESQ. for Merrill Lynch, Pierce, Fenner & Smith, Inc., Charles D. Scott and Margaret Scott (rh) |
| 86/06/30 | 2 | RESPONSE, BRIEF, W/EXHIBITS A-D -- defts. Merrill Lynch, Pierce, Fenner & Smith, Inc., Charles D. Scott and Margaret Scott -- w/cert. of service (cds) |
| 86/07/02 | 3 | REQUEST FOR EXTENTION TO FILE REPLY -- Movant Smoky Greenhaw -- Extention granted to 7/15/86 to file reply -- NOTIFIED COUNSEL. (paa) |
| 86/07/15 | 4 | RESPONSE -- PLTF. Smoky Greenhaw Cotton Co., et al. -- w/exhibits & cert. of svc. (paa) |
| 86/07/22 | 5 | CORRECTION FOR PLDG. #2 -- Defts. Merrill Lynch -- W/Cert. of Svc. (paa) |
| 86/07/22 | | HEARING APPEARANCES: DAVID GREENHAW, ESQ. for Claunch & Sons, et al., Marble Bros. Inc., et al., Smoky Greenhaw Cotton Co., Inc. MICHAEL J. STEWART, ESQ. for Merrill Lynch, Pierce, Fenner & Smith, Inc. (hearing for July 24, 1986) (rh) |
| 86/08/06 | | ORDER DENYING TRANSFER -- (A-1, A-2 and A-3) -- Notified involved counsel, misc. recipients, judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 694 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Merrill Lynch Cotton Futures Trading Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 24, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 6, 1986 | Denied | unpublished | | | |

### Special Transferee Information

DATE CLOSED: August 6, 1986

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 694 -- In re Merrill Lynch Cotton Futures Trading Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Claunch and Sons, et al. v. Merrill Lynch, Inc., et al. | Tex.,N. Woodward | CA5-85-64 | | | | |
| A-2 | Marble Bros. Inc., et al. v. Merrill Lynch, Inc., et al. | Tex.,N. Akard | Adversary No. 585-5085 | | | | |
| A-3 | Smoky Greenhaw Cotton Co., et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al. | Tex.,W. Bunton | 82-CA-131 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 694 -- In re Merrill Lynch Cotton Futures Trading Litigation

CLAUNCH AND SONS, ET AL. (A-1)
MARBLE BROS. INC., ET AL. (A-2)
SMOKY GREEHAW COTTON CO., ET AL. (A-3)
David Greenhaw, Esq.   (NO APP. REC'D)
220 West County Road
P.O. Box 831
Odessa, Texas  79760

MERRILL LYNCH, PIERCE, FENNER &
 SMITH, INC.
CHARLES D. SCOTT
MARGARET SCOTT
Michael J. Stewart, Esq.
Shannon, Gracey, Ratliff & Miller
2200 First City Bank Tower
201 Main Street
Fort Worth, Texas  76102

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 694 -- In re Merrill Lynch Cotton Futures Trading Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Merrill Lynch, Pierce, Fenner & Smith, Inc. | A-1, A-2, A-3 |
| Charles D. Scott | A-1, A-2, A-3 |
| Margaret Scott | A-1, A-2, A-3 |