JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG -6 1986

DOCKET NO. 694

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MERRILL LYNCH COTTON FUTURES TRADING LITIGATION

ORDER DENYING TRANSFER

    This litigation presently consists of three actions pending in two federal districts: two actions in the Northern District of Texas and one action in the Western District of Texas. Before the Panel is a motion by plaintiffs in all three actions to centralize these actions, pursuant to 28 U.S.C. §1407, in the Northern District of Texas for coordinated or consolidated pretrial proceedings. The three defendants in all actions oppose transfer.

    On the basis of the papers filed and the hearing held, the Panel finds that Section 1407 transfer would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). Additionally, we point out that proceedings in the Western District of Texas action, which has been pending for nearly four years, are well advanced.

    IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. §1407, for transfer of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-694 -- In re Merrill Lynch Cotton Futures Trading Litigation

    Western District of Texas

Smoky Greenhaw Cotton Company, et al. v. Merrill Lynch, Pierce, Fenner and Smith Inc., et al., C.A. No. 82-CA-131

    Northern District of Texas

Claunch and Sons, et al. v. Merrill Lynch, Inc., et al., C.A. No. CA5-85-64

Marble Bros., Inc., et al. v. Merrill Lynch, Inc., et al., Adversary Proceeding Number 585-5085